IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:24-cv-00508-LMM |
| | ) | |
| ZYKERIA NOTTINGHAM, GARDENS AT WASHINGTON PARK 1, LLC, BALFOUR RESIDENTIAL, LLC, and GINA RIVERA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED VERDICT FORM SUBMITTED BY DEFENDANTS GARDENS AT WASHINGTON PARK 1, LLC AND BALFOUR RESIDENTIAL, LLC**

We, the Jury, find as follows (check only one):

Did Gardens and Balfour "reasonably delay providing notice" of the Zykeria Nottingham claim to AMCO?[1]

_____ Yes.

_____ No.

_____
Foreperson

---

[1] Electronic Court Filing No. 84 at p. 16.

Respectfully submitted on February 6, 2026.

*/s/ Nicholas Sears*
Jonathan Palmer
Georgia Bar No. 453452
Nicholas T. Sears
Georgia Bar No. 491480

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, N.E., Suite 1201
Atlanta, Georgia 30309
Tel:  (404) 228-4822
Fax:  (404) 228-4821
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES AND SERVICE**

In accordance with L.R. 7.1(D), I hereby certify that the foregoing was prepared in Time New Roman, 14-point font, one of the fonts specified in L.R. 5.1(C). I also hereby certify that I have served the foregoing on opposing counsel by filing through to the Court's CM/ECF system, which will send electronic notice to all counsel of record.

Submitted on February 6, 2026.

*/s/ Nicholas Sears*
Jonathan Palmer
Georgia Bar No. 453452
Nicholas T. Sears
Georgia Bar No. 491480

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, N.E., Suite 1201
Atlanta, Georgia 30309
Tel:   (404) 228-4822
Fax:   (404) 228-4821
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com