# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-00508-LMM
## AMCO Insurance Company v. Nottingham et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 02/11/2026.

TIME COURT COMMENCED: 8:33 A.M.
TIME COURT CONCLUDED: 11:23 A.M.
TIME IN COURT: 1:27
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Devin Berrigan representing AMCO Insurance Company<br>Douglas Clayton representing AMCO Insurance Company<br>Brian Kaplan representing Zykeria Nottingham<br>Peter Law representing Zykeria Nottingham<br>Jonathan Palmer representing Balfour Residential, LLC<br>Jonathan Palmer representing Gardens at Washington Park 1, LLC<br>Nicholas Sears representing Balfour Residential, LLC<br>Nicholas Sears representing Gardens at Washington Park 1, LLC<br>Lauren Woodrick representing AMCO Insurance Company |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Jury charged. Closing arguments heard. The jury deliberated and reached its verdict in favor of Plaintiff AMCO. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |