IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-00508-LMM |
| ZYKERIA NOTTINGHAM; GARDENS AT WASHINGTON PARK 1, LLC; BALFOUR RESIDENTIAL, LLC; and GINA RIVERA, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case comes before the Court on Plaintiff AMCO Insurance Company's Rule 50 Motion. Because a verdict was entered in Plaintiff's favor, Plaintiff's Rule 50 Motion is **DENIED as moot**.

**IT IS SO ORDERED** this 11th day of February, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**